**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **CHRISTINE BARRETT, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF JEREMY BARRETT** | § | |
| ***Plaintiff,*** | § | |
| | § | **Civil Action No. 4:25-CV-1466** |
| **v.** | § | |
| | § | |
| **TEEKAY SHIPPING (USA), INC., TEEKAY MARINE SOLUTIONS, INC., TEEKAY TANKERS CHARTERING PTE. LTD., AND GOL, LLC; REC MARINE LOGISTICS, LLC** | § | |
| ***Defendants.*** | § | |
| | § | |

**DEFENDANTS GOL, LLC, AND REC MARINE LOGISTICS, LLC'S SUGGESTION/NOTICE OF STAY OF PROCEEDINGS**

Defendants in this case, GOL, LLC, and REC Marine Logistics, LLC in the above-entitled and numbered case, and informs and suggests to the Court that this matter is stayed with respect to all claims against them pursuant to the Order of the United States District Court of the Southern District of Texas, Houston Division, dated October 1, 2025, under Case No. 4:25-cv-04062, whereby prosecution of all claims involving the LSV MALLARD, and any claims related thereto, including all claims made by Plaintiff against the above parties in this case, are enjoined.

A copy of the said Order Enjoining Prosecution of Claims is attached hereto as Exhibit "A" and filed herewith.

**CHAFFE McCALL, LLP**

By: */s/ Kenneth H. Tribuch*
KENNETH H. TRIBUCH
Federal Bar No.: 579059
State Bar No.: 24042539
Email: kenneth.tribuch@chaffe.com
801 Travis Street, Suite 1910
Houston, Texas 77002
Telephone: (713) 546-9800
Facsimile: (713) 546-9806

OF COUNSEL:
HAROLD K. WATSON
Federal Bar No.: 4345
State Bar No.: 20938500
Email: watson@chaffe.com

STEPHEN N. MACFARLANE
Federal No.: 3914286
State Bar No.: 24096974
Email: stephen.macfarlane@chaffe.com
**CHAFFE McCALL, LLP**
801 Travis Street, Suite 1910
Houston, Texas 77002
Telephone: (713) 546-9800
Facsimile: (713) 546-9806

**COUNSEL FOR GOL, LLC, AND**
**REC MARINE LOGISTICS, LLC**

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was served on all counsel of record in this proceeding in accordance with the FEDERAL RULES OF CIVIL PROCEDURE on this the 1st day of October, 2025.

*/s/ Kenneth H. Tribuch*
KENNETH H. TRIBUCH