United States District Court
Southern District of Texas
**ENTERED**
October 01, 2025
Nathan Ochsner, Clerk

# EXHIBIT "A"

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| IN RE RO BOATS, LLC, REC MARINE | § | |
| LOGISTICS, LLC, and GOL, LLC, | § | ADMIRALTY RULE 9(H) |
| AS OWNERS AND/OR OWNERS | § | |
| PRO HAC VICE AND/OR OPERATORS/ | § | |
| MANAGERS OF THE LSV MALLARD, | § | |
| PRAYING FOR EXONERATION FROM | § | C.A. NO. 4:25-cv-4062 |
| OR LIMITATION OF LIABILITY | § | |

## ORDER APPROVING VALUATION, SECURITY, NOTICE TO CLAIMANTS AND MANNER OF PUBLICATION, AND ENJOINING PROSECUTION OF CLAIMS

The Ex Parte Motion of Petitioners, **RO BOATS, LLC, REC MARINE LOGISTICS, LLC AND GOL, LLC**, as owners and/or owners *pro hac vice* and/or operators/managers of the LSV MALLARD to Approve Security, Approve Notice to Claimants and Manner of Publication and to Enjoin Prosecution of Claims having come before the Court for hearing, and the Court having concluded that the Motion is in all respects well-founded, it is hereby ORDERED as follows:

1. The Court approves the valuation of the vessel and her pending freight as set forth in the Declarations submitted by Petitioners as $5,180,000.00, subject to a demand by any claimant and request for an appraisal;

2. The Letter of Undertaking filed with the Complaint is hereby approved as security and accepted for the benefit of Claimants in this matter pending further orders of this Court;

3. The proposed form of Notice of Claims attached to Petitioners' Motion is hereby approved, and the Clerk is hereby instructed to issue the Notice. Petitioners will deliver a copy of said Notice on counsel for any claimant who is represented by counsel and to any unrepresented claimant who shall make a claim, and shall publish a copy of the Notice in the Houston Business Journal once a week for four successive weeks beginning the week of October 6, 2025.

4. The filing or prosecution of any and all claims and proceedings against Petitioners or any property of Petitioners with respect to the matter in question is hereby enjoined.

Signed this 1st day of October, 2025.

Yvonne Y. Ho

UNITED STATES MAGISTRATE JUDGE